UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMIE WHEELER,

    Plaintiff,

v.

CITY OF MT. MORRIS and JASON P. MOORE,

    Defendants.
                                         /

Case No. 17-11023

Honorable Nancy G. Edmunds

## **ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S MAY 7, 2018 REPORT AND RECOMMENDATION [21]**

Currently before the Court is the magistrate judge's May 7, 2018 report and recommendation [21] on Defendant City of Mt. Morris's, and Defendant Jason P. Moore's October 24, 2017 unopposed motion to dismiss [19]. The Court is fully advised in the premises and has reviewed the record and the pleadings. None of the parties have filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

It is further ordered that Defendants' Motion to Dismiss [19] is GRANTED and Plaintiff's complaint is DISMISSED.

SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: May 29, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 29, 2018, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager